IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   8:24-PO-62 (GLF) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **SAMUEL KIGOMA,** | ) | Violation:   8 U.S.C. § 1325 |
| | ) | [Improper Entry by Alien] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Clinton |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Improper Entry by Alien]

On or about July 26, 2024, in Clinton County in the Northern District of New York, the defendant, **SAMUEL KIGOMA**, an alien, native and citizen of Angola, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: August 12, 2024

CARLA B. FREEDMAN
United States Attorney

By:   */s/ Troy Anderson*
Troy Anderson
Assistant United States Attorney
Bar Roll No. 700369